USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
:
: 1:19-cv-10509-GHW
:
-v- :
: 1:16-cr-00656-GHW-19
:
LUIS CABAN, : ORDER
:
Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of a letter from Mr. Caban stating that he has received a copy of the Government's opposition to his motion under the All Writs Act, which the Court has construed as a motion pursuant to 28 U.S.C. § 2255. Case No. 19-cv-10509, Dkt. No. 6. The Court accepts Mr. Caban's representations that he is currently unable to file a reply to the Government's opposition. Accordingly, the time for Mr. Caban to file his reply is extended to January 14, 2020.

The Clerk of Court is directed to send a copy of this order to Mr. Caban by first-class and certified mail.

SO ORDERED.

Dated: November 25, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge