USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                          -v-

    LUIS CABAN,

                                Defendant.
------------------------------------------------------------ X

1:19-cv-10509-GHW

1:16-cr-00656-GHW-19

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court is in receipt of a letter from Mr. Caban stating that he wishes to proceed with his motion under 28 U.S.C. § 2255. Case No. 19-cv-10509, Dkt. No. 8. Based on Mr. Caban's representations that he has been delayed in receiving his mail and has been unable to file a reply to the Government's opposition, the time for Mr. Caban to file his reply is extended to January 31, 2020.

    The Clerk of Court is directed to send a copy of this order to Mr. Caban by first-class and certified mail.

    SO ORDERED.

Dated: December 16, 2019
       New York, New York

_____
GREGORY H. WOODS
United States District Judge