USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :
 UNITED STATES OF AMERICA,       :
                                                 :                        1:19-cv-10509-GHW
                        -v-                       :
                                                   :                     1:16-cr-00656-GHW-19
 LUIS CABAN,                              :                            ORDER
                                                  :
                                      Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     The Court is in receipt of a letter from Mr. Caban dated April 16, 2020 requesting an extension of the deadline to reply to the Government's opposition. Case No. 1:19-cv-10509-GHW, Dkt. No. 16; Case No. 1:16-cr-00656-GHW-19, Dkt. No. 733. That application is granted. Accordingly, the time for Mr. Caban to file his reply is extended to August 28, 2020.

     The Clerk of Court is directed to mail a copy of this order to Mr. Caban.

     SO ORDERED.

Dated:  April 28, 2020

                                                              _____
                                                                   GREGORY H. WOODS
                                                             United States District Judge