USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
: 1:19-cv-10509-GHW
:
-v- :
: 1:16-cr-00656-GHW-19
:
LUIS CABAN, : ORDER
:
Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of a letter from Mr. Caban requesting an extension of the deadline to reply to the Government's opposition. Case No. 1:19-cv-10509-GHW, Dkt. No. 18; Case No. 1:16-cr-00656-GHW-19, Dkt. No. 774. That application is granted. Accordingly, the time for Mr. Caban to file his reply is extended to November 20, 2020.

The Clerk of Court is directed to mail a copy of this order to Mr. Caban.

SO ORDERED.

Dated: August 25, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge