**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :      ORDER
                                        :
                                        :      1:16-cr-00656-GHW-19
                                        :      1:19-cv-10509-GHW
LUIS CABAN                              :      ─────────────────────
                                        :          Docket #
----------------------------------------x
```

    Gregory H. Woods    , **DISTRICT JUDGE**:
    Judge's Name


The C.J.A. attorney assigned to receive cases on this day,

    Marlon G. Kirton     is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.
This appointment is for the purpose of assisting Mr. Caban in the submission of an application for compassionate release.  See Dkt. No. 828.  It does not extend to his pending habeas petition.

**SO ORDERED**.

Dated: December 11, 2020

                                              **UNITED STATES DISTRICT JUDGE**