USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 12/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                  -v-

    LUIS CABAN,

                      Defendant.
-------------------------------------------------------------- X

1:19-cv-10509-GHW

1:16-cr-00656-GHW-19

ORDER

GREGORY H. WOODS, United States District Judge:

On August 25, 2020, the Court extended the deadline for Mr. Caban to file his reply to the Government's opposition to his petition for a writ of habeas corpus to November 20, 2020. Case No. 1:19-cv-10509-GHW, Dkt. No. 19; Case No. 1:16-cr-00656-GHW-19, Dkt. No. 778. As of the date of this order, the Court has not received Mr. Caban's reply. Mr. Caban is directed to file his reply forthwith, and in no event later than January 8, 2021.

The Court has appointed counsel to assist Mr. Caban request for assistance of counsel in filing a motion under the CARES Act by separate order. Dkt. No. 832.

The Clerk of Court is directed to mail a copy of this order to Mr. Caban.

SO ORDERED.

Dated: December 13, 2020

                                                              GREGORY H. WOODS
                                                      United States District Judge