```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
    UNITED STATES OF AMERICA,                              :
                                                           :
                    -v-                                    :     1: 16-cr-656-GHW
                                                           :
    LUIS CABAN,                                            :         ORDER
                                                           :
                                    Defendant.             :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2021

GREGORY H. WOODS, United States District Judge:

On August 19, 2019, the Court received a request for assistance from Luis Caban. Dkt. No. 904. The Court requests an update from counsel for Mr. Caban regarding the status of any compassionate release motion on his behalf. The update should be directed to the Court and Mr. Caban no later than October 5, 2021.

The Clerk of Court is directed to mail a copy of this order to Mr. Caban and to close the motion currently pending at Dkt. No. 904.

SO ORDERED.

Dated: September 29, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge